ANNA RENTZ, Plaintiff, *v.* IDA BRODSKY and Others, Defendants.

Supreme Court, Special Term, Kings County, March 12, 1940.

*Nathaniel Roven*, for the plaintiff.

*Bertram Lichtenberg*, for the defendants.

DODD, J.    This action was brought to recover on a bond and to set aside the conveyances of certain real property made subsequent to the execution of the bond.    The said section provides that attorney's fees of a judgment creditor shall be fixed by the trial justice " in an action brought by a judgment creditor to set aside a conveyance by a judgment debtor."    At the time the action was brought, the plaintiff could not be said to be a judgment creditor. Her claim had not yet been reduced to judgment.    I hold that section 276-a must be strictly construed and the motion is, therefore, denied, without costs.    Settle order on notice.